UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

DUPREE HARRIS,

                Plaintiff,                    ORDER

    -against-                    09 CV 4380 (ARR)

UNITED STATES OF AMERICA,

                Respondent.

----------------------------------------X

ROSS, United States District Judge:

On January 25, 2010, the United States served and filed it's Memorandum in Opposition to petitioner's motion to vacate his conviction pursuant to 28 U.S.C. §2255. Petitioner's reply, if any, must be served and filed by February 22, 2010. If no reply papers are filed by that date, the court will decide the petition based on the papers currently before the court.

    SO ORDERED:

DATED:  Brooklyn, New York
       February 3, 2010

                                        /Signed by Judge Ross/
                                        Allyne R. Ross
                                        United States District Judge

COPIES MAILED TO:

Dupree Harris
# 06-A-4847
Shawangunk Correctional Facility
P.O. Box 750
Wallkill, NY 12589


Richard Tucker
Assistant U.S. Attorney
U.S. Attorney's Office
271 Cadman Plaza
Brooklyn, NY 11201